# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **State of Ohio, ex rel.** | ) | Case No. 2:20-cv-3430 |
| **Attorney General Dave Yost** | ) | |
| | ) | Judge: Sarah D. Morrison |
| **Plaintiff,** | ) | |
| | ) | Magistrate: Chelsey M. Vascura |
| vs. | ) | |
| | ) | |
| **Wine.com, Inc., *et al.*,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## DEFENDANT WINC'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO MOVE OR OTHERWISE PLEAD

Defendant Winc, Inc. (formerly Club W, Inc.) d/b/a Winc ("Winc") hereby moves this Court for an additional extension of time to move or otherwise plead in response to Plaintiff's Complaint of 22 days to and including December 4, 2020. Defendant Winc has conferred with Plaintiff and Plaintiff does not oppose this Motion, as the parties are in the process of resolving this matter and need some additional time to do so.

In accordance with the Court's Standing Orders, a proposed order is attached to this Motion as Exhibit A and will be submitted electronically to chambers.

Respectfully submitted,

/s/ Douglas M. Mansfield
Douglas M. Mansfield (0063443)
(Trial Attorney)
LAPE MANSFIELD NAKASIAN
& GIBSON, LLC
9980 Brewster Lane, Suite 150
Powell, OH  43065
Telephone:  (614) 763-2316
Email: dmansfield@lmng-law.com

Attorneys for Winc

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 11th day of November, 2020, a copy of the foregoing was filed electronically using the Court's Case Management/Electronic Case Filing System (CM/ECF). Notice of and access to this filing will be provided to all parties through CM/ECF.

<div style="text-align:right">

s/Douglas M. Mansfield
DOUGLAS M. MANSFIELD (0063443)

</div>

Case: 2:20-cv-03430-SDM-CMV Doc #: 62 Filed: 11/11/20 Page: 3 of 3 PAGEID #: 806



EXHIBIT A

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| State of Ohio, ex rel. Attorney General Dave Yost ) | Case No. 2:20-cv-3430 |
| ) | |
| ) | Judge: Sarah D. Morrison |
| Plaintiff, ) | |
| ) | Magistrate: Chelsey M. Vascura |
| vs. ) | |
| ) | |
| Wine.com, Inc., *et al.*, ) | |
| ) | |
| Defendants. ) | |

## [PROPOSED] ORDER GRANTING DEFENDANT WINC'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO MOVE OR OTHERWISE PLEAD

Defendant Winc, Inc. (formerly Club W, Inc.) d/b/a Winc ("Winc") has moved this Court for an extension of time to move or otherwise plead in response to Plaintiff's Complaint of 22 days to and including December 4, 2020. Defendant Winc's Motion is unopposed by Plaintiff. The Court hereby grants Defendant Winc's Motion. Winc shall have until December 4, 2020, to move or otherwise plead in response to Plaintiff's Complaint.

_____
UNITED STATES DISTRICT JUDGE