IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| STATE OF OHIO, *ex rel.* ATTORNEY GENERAL DAVE YOST, | : : : : | Case No. 2:20-cv-3430 |
| Plaintiff, | : : | Judge Sarah D. Morrison |
| v. | : : | Magistrate Judge Chelsey M. Vascura |
| WINE.COM, INC., *et al.* | : : | |
| Defendants. | : : | |

### STIPULATION OF DISMISSAL OF DEFENDANT WINC, INC. (FORMERLY CLUB W, INC.) WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff STATE OF OHIO, EX REL. ATTORNEY GENERAL DAVE YOST, and Defendant WINC, INC. (FORMERLY CLUB W, INC.) (collectively, the "Parties"), and the Parties' respective counsel, that Defendant Winc, Inc. is voluntarily dismissed, without prejudice, from the above-captioned action pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Each Party to bear its own attorneys' fees and costs.

Respectfully submitted,

**DAVE YOST**
**OHIO ATTORNEY GENERAL**

/s/ *Marissa J. Palumbo*

**MARISSA J. PALUMBO (0089283)**
Senior Assistant Attorney General
30 East Broad Street, 23rd Floor
Columbus, Ohio 43215
(614) 644-7250 – Telephone
marissa.palumbo@ohioattorneygeneral.gov

/s/ *Doug M. Mansfield*
(by MJP per email authorization 1/4/2021)

**DOUGLAS M. MANSFIELD (0063443)**
Lape Mansfield Nakasian & Gibson, LLC
9980 Brewster Lane, Suite 150
Powell, Ohio 43065
(614) 763-2316 – Telephone
dmansfield@lmng-law.com

*Counsel for Defendant*

1

**TRISTA M. TURLEY (0093939)**
Associate Assistant Attorney General
Ohio Attorney General's Office
30 East Broad Street, 26th Floor
Columbus, Ohio 43215
(614) 387-3387 – Telephone
trista.turley@ohioattorneygeneral.gov

**JONATHAN R. FULKERSON (0068360)**
Deputy Attorney General
Ohio Attorney General's Office
30 East Broad Street, 17th Floor
Columbus, Ohio 43215
(614) 466-4320 – Telephone
jonathan.fulkerson@ohioattorneygeneral.gov

*Counsel for State of Ohio*

**CERTIFICATE OF SERVICE**

This will certify that the foregoing *Stipulation of Dismissal of Defendant Winc, Inc. (Formerly Club W, Inc.) without Prejudice* was filed electronically on January 4, 2021. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Marissa J. Palumbo*

MARISSA J. PALUMBO (0089283)
*Trial Counsel*
Senior Assistant Attorney General